**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RASTER PRINTING INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DELPHAX TECHNOLOGIES INC. <br><br> Defendant. | Case No.: 15-CV-3961 <br><br> **DEMAND FOR JURY TRIAL** |

**LR 3.4 NOTICE OF CLAIMS INVOLVING A PATENT**

Pursuant to Local Rule 3.4, Plaintiff, Raster Printing Innovations, LLC, hereby notifies the Clerk that this action involves claims of infringement of the following patents:

| Patent Number | Inventor Name | Issue Date | Title |
|---|---|---|---|
| 5,796,411 | Cyman, Theodore F. | Aug. 19, 1998 | High resolution real time raster image processing system and method |
| 5,828,814 | Cyman, Theodore F. | Oct. 27, 1998 | Reduced cost high resolution real time raster image processing system and method |
| 5,949,438 | Cyman, Theodore F. | Sept. 7, 1999 | High resolution real time Raster image processing system and method |

Date: **May 6, 2015**

Respectfully submitted,

/s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@dowellip.com
DOWELL IP
333 W. North Ave #341
Chicago, Illinois 60610
Phone: (312) 291-8351

**ATTORNEY FOR PLAINTIFF**